Jeffrey W. Herrmann
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF, LLP
Park 80 West – Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, New Jersey 07663
(201)845-9600

Robert C. Finkel
Fei-Lu Qian
WOLF POPPER LLP
845 Third Avenue, 12th Floor
New York, New York 10022
(212) 759-4600

*Attorneys for University of Puerto Rico Retirement System And
Proposed Lead and Liaison Counsel for the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHANE GOUET, Individually And On Behalf of All Others Similarly Situated, | Case No. 2:18-cv-13759-CCC-CLW |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | ORAL ARGUMENT REQUESTED |
| USA TECHNOLOGIES, INC., STEPHEN P. HERBERT, and PRIYANKA SINGH, | MOTION DATE: December 17, 2018 |
| Defendants. | |
| DAVID GRAY, Individually And On Behalf of All Others Similarly Situated, | Case No. 2:18-cv-13860-SRC-CLW |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| USA TECHNOLOGIES, INC., STEPHEN P. HERBERT, and PRIYANKA SINGH, | |
| Defendants. | |

| | |
|---|---|
| ANTHONY E. PHILLIPS, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>USA TECHNOLOGIES, INC., STEPHEN P. HERBERT, and PRIYANKA SINGH,<br><br>Defendants. | Case No. 2:18-cv-14590-CCC-CLW<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION BY THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL</u>**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that movant the University of Puerto Rico Retirement System (the "UPR Retirement System") will move the Honorable Claire C. Cecchi, on December 17, 2018, or at such time as may be designated by the Court, at 50 Walnut Street, Newark, New Jersey 07101, for an order: (1) consolidating the above-captioned actions; (2) appointing the UPR Retirement System as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995; (3) approving its selection of Wolf Popper LLP as Lead Counsel and Cohn Lifland Pearlman Herrmann and Knopf LLP as Liaison Counsel for the Class; and (4) granting such other relief as the Court may deem just and proper.  In support of its motion, the UPR Retirement System submits the accompanying Memorandum of Law, the Declaration of Jeffrey W. Herrmann and a [Proposed] Order.

- 3 -

Movant requests oral argument if a competing motion and opposition is filed.

Dated: November 13, 2018

             COHN LIFLAND PEARLMAN
             HERRMANN & KNOPF LLP

             By: *s/ Jeffrey W. Herrmann*
             Jeffrey W. Herrmann
             Park 80 West – Plaza One
             250 Pehle Ave., Suite 401
             Saddle Brook, New Jersey 07663
             (201) 845-9600

             -and-

             Robert C. Finkel
             Fei-Lu Qian
             WOLF POPPER LLP
             845 Third Avenue, 12th Floor
             New York, New York 10022
             (212) 759-4600

             Attorneys for the University of Puerto Rico Retirement System and Proposed Lead and Liaison Counsel for the Class