## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE USA TECHNOLOGIES, INC., SECURITIES LITIGATION, | Master File No.: 2:19-cv-04565-JHS <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** <br><br> Hon. Joel H. Slomsky |

Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement dated June 9, 2020 ("Preliminary Approval Order") (Dkt. No. 88), on October 30, 2020 at 10:30 a.m., or as soon thereafter as counsel may be heard, at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, before the Honorable Joel H. Slomsky, United States District Judge, Lead Plaintiff Pinkesh Nahar and Named Plaintiffs Peter Farsaci and University of Puerto Rico Retirement System ("Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, through their undersigned counsel, will respectfully move for final approval of the class action Settlement and Plan of Allocation of Settlement proceeds.

Plaintiffs are contemporaneously filing herewith: (i) a memorandum of law in support; (ii) the Declaration of Jacob A. Goldberg in Support of the Motions for: (1) Final Approval of Proposed Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, and the exhibits thereto; and (iii) all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

The [Proposed] Order and Judgment, negotiated by the Parties and previously attached as

Exhibit B to the Stipulation (Dkt. No. 85-6), has been submitted herewith.

Dated: October 2, 2020    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Jacob A. Goldberg
Jacob A. Goldberg
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Email: lheifetz@rosenlegal.com
Email: jgoldberg@rosenlegal.com

Phillip Kim, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.cm
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Proposed Class*

**WOLF POPPER LLP**
Robert C. Finkel
Chet B. Waldman
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: rfinkel@wolfpopper.com
Email: cwaldman@wolfpopper.com

*Counsel for Securities Act Subclass*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this on October 2 2020, a true and correct copy of the foregoing document was served by CM/ECF to the Parties registered to the Court's CM/ECF system.

                                                /s/ Jacob A. Goldberg
                                                Jacob A. Goldberg