UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE USA TECHNOLOGIES, INC. SECURITIES LITIGATION, | Master File No. 2:19-cv-04565-JHS<br><br>CLASS ACTION |

**ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF <u>EXPENSES, AND AWARDS TO PLAINTIFFS</u>**

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Rosen Law"), appointed by the Court as Lead Counsel for the purposes of the Settlement have petitioned the Court for the award of attorneys' fees in compensation for the services provided to Plaintiffs and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and Awards to Lead Plaintiff and Named Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed May 29, 2020 (the "Settlement Stipulation") (Dkt. No. 85); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the final approval hearing on October 30, 2020, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1

1. Rosen Law is awarded 20% of the Settlement Fund or $3,060,000 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment. Rosen Law shall allocate the attorneys' fees between Rosen Law and Additional Counsel, Wolf Popper LLP.

2. Rosen Law shall be awarded expenses in the amount of $90,610.73. Rosen Law shall allocate the expenses between Rosen Law and additional counsel.

3. Lead Plaintiff Pinkesh Nahar shall be awarded $10,000 as an incentive award and reimbursement for his lost time and expenses in connection with his prosecution of this action.

4. Named Plaintiff Peter Farsaci shall be awarded $5,000 as an incentive award and reimbursement for his lost time and expenses in connection with his prosecution of this action.

5. Named Plaintiff the University of Puerto Rico Retirement System shall be awarded $4,000 as an incentive award and reimbursement for its lost time and expenses in connection with their prosecution of this action.

6. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Plaintiffs shall be paid in the manner and procedure provided for in the Settlement Stipulation.

**IT IS SO ORDERED.**

Dated: October 30, 2020              /s/Joel H. Slomsky, J.
                                     HON. JOEL H. SLOMSKY
                                     UNITED STATES DISTRICT JUDGE